**ORIGINAL**



$650 FEE PAID
#1187958
FEE NOT PAID
(SEND LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED
_____ _____
AUG 2 1 2002
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
              DEPUTY

Sagent Technology, Inc.           *
        Plaintiff(s)              *
                                      Case No.: 02-CV-2505 (JFM)
        vs.                       *

Micros Systems, Inc.              *
        Defendant(s)
                            ******

### MOTION FOR ADMISSION *PRO HAC VICE*

I, Scott H. Phillips, am a member in good standing of the bar of this Court. My bar number is 013244. I am moving the admission of Adron W. Beene to appear *pro hac vice* in this case as counsel for Sagent Technology, Inc.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| United States Supreme Court | March 22, 1993 |
| 9th Cir. Ct. of Appeals | February 16, 1988 |
| USDC - N.D. Calif. | June 17, 1987 |
| USDC - C.D. Calif. | September 19, 1989 |
| USDC - E.D. Wisconsin | August 2, 1991 |
| California | June 17, 1987 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court  0  times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                                      Page 1 of 2



admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _[signature]_ | _[signature]_ Adron W. Beene |
| Signature | Signature |
| Scott H. Phillips | Adron W. Beene |
| Printed Name | Printed Name |
| Semmes, Bowen & Semmes | Law Offices of Adron W. Beene |
| Firm | Firm |
| 250 W. Pratt Street | 6472 Camden Avenue, Suite 204 |
| Address | Address |
| Baltimore, Maryland 21202 | San Jose, California 95120 |
| (410) 576-4717 | (408) 323-9223 |
| Telephone Number | Telephone Number |
| (410) 539-5223 | (408) 997-8439 |
| Fax Number | Fax Number |

*********************************************************************

## ORDER

☑ GRANTED ☐ DENIED **Felicia C. Cannon**

_8-22-02_ by _[signature]_

Date

**Clerk, United States District Court**

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice          Page 2 of 2