H. Ann Liroff (CSB#113180)
HANNIG LAW FIRM LLP
2991 El Camino Real
Redwood City, CA 94061
Telephone: (650) 482-3040
Facsimile: (650) 482-2820

Michael Tow, Esq., (MDFD#12042)
MICROS Systems, Inc.
7031 Columbia Gateway Drive
Columbia MD 21046-2289
Telephone: (443) 285-8052
Facsimile: (443) 285-0466

Attorneys for Defendant
MICROS SYSTEMS INC.

UNITED STATES DISTRICT COURT, DISTRICT OF MARYLAND

NORTHERN DIVISION

| | |
|---|---|
| SAGENT TECHNOLOGY, INC. | No. JFM-02-2505 |
| Plaintiff, | ORDER PERMITTING WITHDRAWAL OF COUNSEL |
| v. | |
| MICROS SYSTEMS, INC., and DOES 1-50, inclusive | |
| Defendants. | |

Upon reading and filing Defendant's California Counsel's Notice of Withdrawal in the above-entitled action; and good cause appearing therefore,

IT ORDERED that Defendant's California Counsel, H. Ann Liroff is permitted to Withdraw as counsel of record in the above-captioned action; Michael Tow, shall

1

ORDER PERMITTING WITHDRAWAL OF CALIFORNIA COUNSEL

1 | proceed as sole counsel of record for Defendant MICROS SYSTEM, INC.
2 |
3 | DATED: 8/23/²
4 |
                                      JUDGE OF THE U.S. DISTRICT COURT
                                      NORTHERN DISTRICT OF MARYLAND

ORDER PERMITTING WITHDRAWAL OF CALIFORNIA COUNSEL