

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SAGENT TECHNOLOGY, INC. | * |
| Plaintiff | * |
| v. | * Case No. JFM-02-2505 |
| MICROS SYSTEMS, INC. | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

MICROS Systems, Inc., by counsel, and Sagent Technology, Inc., by counsel, file this joint motion for modification of scheduling order, and state as follows:

This Court entered a scheduling order that stated, inter alia:

| | |
|---|---|
| Discovery deadline and submission of status report: | **December 20, 2003** |
| Requests for admission | **January 8, 2003** |
| Dispositive pretrial motions deadline | **January 31, 2003**. |

As a result of delays experienced by both sides in responding to written discovery requests, and the advent of the December holiday/travel season as it impacted the availability of witnesses, the parties have both reasonably been unable to schedule depositions and complete discovery before the December 20 deadline. An additional complicating factor is that a number of the material witnesses are located outside of Maryland, which requires additional effort and planning.



Consequently, the parties are jointly requesting an extension to the schedule, as follows:

| | |
|---|---|
| Discovery deadline and submission of status report: | **March 21, 2003** |
| Requests for admission | **April 7, 2003** |
| Dispositive pretrial motions deadline | **May 2, 2003** |

The parties reasonably anticipate being able to conclude their discovery and file appropriate motions by the extended deadlines.

WHEREFORE, the parties jointly respectfully request that this Court extend the current scheduling order as indicated herein.

COUNSEL FOR
SAGENT TECHNOLOGY, INC.

_____
Scott Phillips, Bar No. 013244
Semmes Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland 21201
(410) 539-5040
(410) 539-5223 (fax)

_____
Adron Beene
Law Offices of Adron Beene
Almaden Business Center
6472 Camden Ave, Ste 204
San Jose, CA 95120
(408) 323-9223
(408) 997-8439 (fax)

COUNSEL FOR
MICROS SYSTEMS, INC.

_____
Michael H. Tow, Bar No. 12042
MICROS Systems, Inc.
7031 Columbia Gateway Drive
Columbia, MD 21046-2289
(443) 285-8052
(443) 285-0466 (fax)

APPROVED:

_____
Judge, U.S. District Court for the
District of Maryland

Date: 12/17/02

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of December, 2002, a copy of the foregoing Joint Motion For Modification Of Scheduling Order was mailed, first class postage prepaid, to:

Scott Phillips, Esq.
Semmes Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland 21201

and

Adron Beene, Esq.
Law Offices of Adron Beene
Almaden Business Center
6472 Camden Ave, Ste 204
San Jose, CA 95120

Counsel for Plaintiff

_____
Michael H. Tow