IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SAGENT TECHNOLOGY, INC.        *

    Plaintiff        *

v.        *        Civil Action No. JFM-02-2505

MICROS SYSTEMS, INC., et al        *

    Defendants        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

UPON CONSIDERATION OF Sagent Technology, Inc.'s Motion to Dismiss Counterclaim Or, Alternatively, for Summary Judgment, the Memorandum of Law filed in support of that motion, and any opposition thereto, it is this _____ day of _____, 2003 ORDERED that the motion be and hereby is GRANTED; it is

FURTHER ORDERED that Counts II, III and IV of the Counterclaim are hereby dismissed with prejudice; and it is

FURTHER ORDERED that summary judgment is hereby entered in favor of Sagent Technology, Inc. with respect to Count I of the Counterclaim.

                                                                                _____
                                                                                Judge

copies to:

Scott H. Phillips, Esquire
SEMMES, BOWEN & SEMMES
250 W. Pratt Street
Baltimore, Maryland 21201

Michael H.Tow, Esquire
MICROS Systems, Inc.
7031 Columbia Gateway Drive
Columbia, Maryland 21046

(B0328325.WPD;1)