IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SAGENT TECHNOLOGY, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. JFM-02-2505 |
| MICROS SYSTEMS, INC., et al | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

**ORDER**

UPON CONSIDERATION OF Sagent Technology, Inc.'s Motion In Limine to Exclude Parol Evidence, the Memorandum of Law filed in support of that motion, and any opposition thereto, it is this ____ day of _____, 2003 ORDERED that the motion be and hereby is GRANTED; it is

FURTHER ORDERED that neither counsel for Micros Systems, Inc. nor any witness testifying on behalf of Micros Systems, Inc. may offer into evidence at trial, or otherwise make reference to at trial, any oral statement allegedly made by representatives of Sagent Technology, Inc. that suggests that Sagent had agreed to accept in return for a full refund the software which is the subject of this matter if Micros was unable to resell or otherwise use that software.

_____
Judge

copies to:

Scott H. Phillips, Esquire
SEMMES, BOWEN & SEMMES
250 W. Pratt Street
Baltimore, Maryland 21201

Michael H.Tow, Esquire
MICROS Systems, Inc.
7031 Columbia Gateway Drive
Columbia, Maryland 21046

(B0329800.WPD;1)