IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SAGENT TECHNOLOGY, INC. | * | |
|     Plaintiff | * | |
| v. | * | Civil Action No. JFM-02-2505 |
| MICROS SYSTEMS, INC., et al | * | |
|     Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

UPON CONSIDERATION OF Sagent Technology, Inc.'s Motion for Summary Judgment, and any opposition thereto, it is this ____ day of _____, 2003 ORDERED that the motion be and hereby is GRANTED; it is

FURTHER ORDERED that Micros Systems, Inc., within 30 days of the date of this Order, shall pay to Sagent Technology, Inc. the following:

        $112,000.00 (value of contract)

+    $21,393.79 (prejudgment interest at 6% compounded annually from 7/30/00)

TOTAL:    $133,393.79

_____
Judge

copies to:

Scott H. Phillips, Esquire
SEMMES, BOWEN & SEMMES
250 W. Pratt Street
Baltimore, Maryland 21201

Michael H. Tow, Esquire
Micros Systems, Inc.
7031 Columbia Gateway Drive
Columbia, Maryland 21046

Adron W. Beene, Esquire
Almaden Business Center
6472 Camden Avenue
Suite 204
San Jose, California 95120

(B0333891.WPD;1)