# SAGENT VS. MICROS

## DEPOSITION OF DAN VAN VEELEN

PREPARED BY

ART MILLER AND ASSOCIATES
111 S. CALVERT STREET
SUITE 2700
BALTIMORE, MD 21202
Phone: 410-367-3838
FAX: 410-367-3883



EXHIBIT B

Page 69

1  order?
2  A  I don't know.
3  Q  Why did you decide to use this format -- to
4  give it to Micros to use for this particular proposed
5  transaction?
6  A  Because of the timeframe needed to get this,
7  the purchase -- the PO completed.
8  Q  When was this document prepared?
9  A  I don't recall.
10  Q  Do you recall when you sent it to Peter Rogers?
11  A  I don't recall.  Sometime before June 30th.
12  Q  And fair to say sometime after June the 6th?
13  A  Fair to say.
14  Q  But could be anywhere from June 7 to June 29;
15  is that correct?
16  A  It would have been sometime after that.  After
17  the decision had been made that the prepay was not going
18  to take place.
19  Q  When was that decision made?
20  A  I don't recall.
21  Q  I direct your attention back to Exhibit No. 1,

Page 70

1  specifically the last two pages of it.
2  A  Okay.
3  Q  The text here is a little bit different than
4  what we just looked at on S-81; isn't it?
5  A  Yes, it is.
6  Q  There is a different bill to and ship to
7  address indicated?
8  A  Yes, there is.
9  Q  There is a reference in this, on this piece of
10  paper to USI where there is no such reference on S-81;
11  is that correct?
12  A  Correct.
13  Q  Turning over to the next page behind that one,
14  there is a document with a Sagent logo on it and
15  Exhibit A near the top.  Take a look in the table
16  section, there is a column labeled Sagent product and
17  the product description, license fees, quantity and
18  total.  Looks to be a license fee of a hundred and fifty
19  thousand dollars for the Sagent Data Mart Solution which
20  comprises various items, one quantity for extended price
21  of a hundred and fifty thousand.  And Analytical

Page 71

1  Calculator of ten thousand dollars, and my math is much
2  better than this, but I don't add one hundred fifty
3  thousand to ten thousand and get a hundred and twelve.
4  Can you explain that one?
5  A  Some sort of error.  There is a discount figure
6  missing.
7  Q  So, it was supposed to be a hundred and twelve
8  and not a hundred and sixty?
9  A  The extended price was to be a hundred and
10  twelve.
11  Q  There is a line item for annual maintenance and
12  support for twenty-four thousand dollars.  If Micros was
13  putting this license at USI, to whom would support have
14  been provided?
15  A  To whom would support have been provided?
16  Q  Yes.
17  A  Support would have been provided to Micros.
18  Q  Just below the table there is a line that says
19  annual maintenance and support terms and conditions, see
20  attached support agreement.  To your knowledge, was a
21  support agreement attached to this document back in June

Page 72

1  of 2000?
2  A  I don't recall.
3  Q  Has a support agreement -- has that -- have you
4  ever seen the support agreement that may have been
5  attached to this document?
6  A  If a -- if a maintenance and support agreement
7  had been attached, it would have been our standard
8  support and maintenance agreement.
9  Q  You don't know whether one was ever attached to
10  this particular document?
11  A  I don't know.
12  Q  Doubling back to Exhibit No. 7, you see
13  attached to that a multi page end user license agreement
14  containing a number of what I presume are standard
15  Sagent terms and conditions of licenses.  At least at
16  the time.  Why was that agreement not part of this
17  June 30 exchange?
18  A  Because this is two different deals.
19  Q  Please explain.
20  A  Well, if you look back on Page 5 of the
21  agreement, there is a listing of fifty quantity for the

18 (Pages 69 to 72)