

# Micros

Exhibit A

Company Name: Micros  
Attention: Peter Rogers  
Address: 7031 Columbia Gateway Dr.  
Columbia, MD 21046  

Sagent Office: Alexandria, VA  
Sagent Rep: Dan VanVesten  
Sagent Tel: 703-317-3252  
Sagent Fax: 703-317-2801  
Date: 6/30/00  

FAX number: 443-296-8058  
Telephone number: 443-285-0466  

| Sagent Product & Description | Product Includes | License Fee | Qty | Total |
|---|---|---|---|---|
| Sagent Data Mart Solution | Sagent Data Access Package included, 1 Data Access Server (2 cpu) 1 Design Studio with Reports & Analysis, Admin, and Automation. | $150,000 | 1 | $150,000 |
|  | Analytical Calculator | $10,000 | 1 | $10,000 |
|  | Software Subtotal |  |  | $112,000 |
|  | Software Total |  |  | $112,000 |
| Annual Maintenance & Support | Technical Support & Upgrades | $24,000 ~~$90,250~~ | 1 | $24,000 |
|  |  |  |  | $136,000 |
|  | TOTAL INVESTMENT** |  |  | $136,000 |

*Annual Maintenance & Support terms and conditions, see attached Support Agreement. Maintenance and Support includes phone and online support, enhancements and upgrades.

**Additional Terms & Conditions:
1) Applicable tax, handling and shipping are additional.
2) Payment terms Net 30.

Approved  
[signature]  
6/30/00  
VP. Business Development



S00033