1

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
 2
    SAGENT TECHNOLOGY, INC      *    CIVIL ACTION JFM-02-2505
 3            Plaintiff
                                *
 4       vs.                         Baltimore, Maryland
                                *
 5  MICROS SYSTEMS, INC.
              Defendant         *    January 22, 2003
 6        *       *       *       *       *

 7            Deposition of SCOTT CALLNIN, a witness of

 8  lawful age, taken on behalf of the Plaintiff in the

 9  above-entitled cause, pending in the District Court of

10  the United States for the District of Maryland, before

11  Dawn L. Venker, a Notary Public in and for Baltimore

12  County, Maryland, at 7031 Columbia Gateway Drive,

13  Columbia, Maryland 21046, on the 22nd day of January,

14  2003.

15            *       *       *       *       *

16  APPEARANCES:

17        SCOTT H. PHILLIPS, Esquire
             For the Plaintiff
18
          MICHAEL H. TOW, Esquire
19           For the Defendant

20  ALSO PRESENT:  PETER ROGERS, JR.

21  Reported By:  Dawn L. Venker
```

GORE BROTHERS Reporting & Video Co., Inc.        Towson R
410-837-3027


EXHIBIT E

### Page 10

1 procedures in issuing purchase orders?
2   A   Vaguely.
3   Q   Based on your understanding, as narrow as
4 it may be, is it your understanding that some sort of
5 written price quote is always required to be provided
6 to MICROS before a purchase order will be issued by the
7 company?
8   A   I'm not sure of the "always" definition.
9   Q   Have you seen the instances in the past
10 where the company has issued purchase orders in absence
11 of a written price quote?
12   A   I have not.
13   Q   Have you seen instances where the company
14 has issued a purchase order when a written price quote
15 has been provided?
16   A   Yes.
17   Q   Are you familiar with the approval process
18 to extent that one exists here at MICROS with regards
19 to purchase orders that are ultimately sent out to
20 vendors?
21   A   Somewhat familiar.

### Page 11

1   Q   Can you describe for me what you know about
2 that approval process? Who's involved? The steps that
3 it goes through? Who ultimately approves? Those sort
4 of things.
5   A   I believe the threshold is $500. Anything
6 over that requires a purchase order which has to be
7 approved from buyer's CFO.
8   Q   So purchases under $500 don't require a
9 purchase order?
10   A   That's right.
11   Q   And those that are over $500 require a
12 purchase order which must ultimately be approved by the
13 CFO?
14   A   I believe that's correct.
15   Q   In the June 2000 time frame, who was the
16 CFO for MICROS?
17   A   The date was once again?
18   Q   I'll give you a specific date. June 30,
19 2000.
20   A   There was a change in that time frame. I'm
21 not certain who that was.

### Page 12

1   Q   Can you think of two people that it may
2 have been?
3   A   Ron Kolson, and I'm drawing a blank.
4   Q   You are not sure of the time frame when
5 Mr. Kolson was the CFO?
6   A   No.
7   Q   He is no longer the CFO?
8   A   No.
9   Q   Who is the current CFO?
10   A   That's who I am drawing a blank on.
11   Q   If it comes to you, just jump in. Is a
12 purchase order always a written document that is sent
13 to a vendor?
14   A   I'm not certain if it is always written or
15 perhaps some is electronic.
16   Q   Let's take a hypothetical where there is a
17 written purchase order. Is there any other document
18 that is typically generated in association with that
19 purchase which would reflect that purchase?
20   A   I am not aware of any additional document.
21   Q   Do you have an understanding as to whether

### Page 13

1 Peter Rogers had authority to issue purchase orders on
2 behalf of MICROS in June 2000?
3   A   I'm not certain if he had sole ability to
4 issue outright again without various approval.
5   Q   So going back to what you said earlier, if
6 it was above $500, and assuming Mr. Rogers was not the
7 CFO at that time, the CFO would ultimately had to
8 approve that?
9   A   I believe that's correct.
10   Q   Do you know if Mr. Rogers has ever served
11 as CFO of the company?
12   A   I don't believe he has.
13   Q   Do you have an understanding as to whether
14 Mr. Rogers could bind MICROS contractually in the June
15 2000 time frame?
16   A   I am not certain.
17   Q   Let me hand you what we'll have marked as
18 Exhibit Number 1.
19       (Callnin Deposition Exhibit Number 1 was
20 marked by the reporter.)
21   Q   Mr. Callnin, take a minute to look over

14

1 that, and my first question will be to ask if you have
2 seen that before?
3    A    Okay. I have seen this.
4    Q    Can you identify it for me?
5    A    This is a letter that is a purchase order
6 addressed from MICROS to Sagent Technology.
7    Q    And specifically this constitutes MICROS'
8 purchase order Number 6.30.00 to Sagent, correct?
9         MR. TOW: Objection. Are you asking
10 whether he knows whether this is a purchase order, or
11 whether he can read the text of the document?
12        MR. PHILLIPS: Let me ask them both.
13   Q    Let me ask you to take a minute and read
14 the first page of this.
15        MR. PHILLIPS: For the record, these two
16 pages bear Sagent's Bates numbers 00032 and 33.
17   A    As to the first question, I'm not certain I
18 would only assume that it is officially for this
19 purchase order number, but it is apparent from reading
20 the text that I see those numbers 6.30.00 as the
21 purchase order number.

15

1    Q    What is your understanding of what a
2 purchase order is that the company would issue to a
3 vendor?
4    A    Purchase order would be an agreed upon
5 price and recognition that a transaction is desired to
6 take place between the two companies at that price.
7    Q    And that transaction might contemplate the
8 purchase of goods and/or services by MICROS from that
9 particular vendor?
10   A    That's correct.
11   Q    This document is addressed to a gentleman
12 named Dan VanVeelen at Sagent. Did you have an
13 understanding of who Mr. VanVeelen was as of June 30th,
14 2000?
15   A    Yes. In the context of my contacts with
16 Dan, not necessarily as to his position or level of
17 authority within the company.
18   Q    Describe for me, based on that context,
19 what your understanding of who Mr. VanVeelen was with
20 Sagent?
21   A    At that time, I believe that Dan was in

16

1 charge of all of the consulting resources for the east
2 coast for Sagent.
3    Q    How long had you known Mr. VanVeelen at
4 that point?
5    A    About a year and a half.
6    Q    And that was all in the business context or
7 relationship between your two companies?
8    A    That's correct.
9    Q    Let me ask you to turn to the second page,
10 which is S33. Have you seen that page before?
11   A    Yes, I have.
12   Q    Had you seen it at the time -- as of June
13 30th, 2000?
14   A    No, I hadn't.
15   Q    When was the first time you saw page S33?
16   A    Roughly the October or November following.
17   Q    Of 2000?
18   A    That's right.
19   Q    And in what context did you see that page
20 at that time?
21   A    The context was for verification that there

17

1 was paperwork still outstanding between MICROS and
2 Sagent, and that our finance department was just
3 looking for my opinion as to whether this was a correct
4 purchase and something outstanding hadn't been
5 finalized or hadn't been finished.
6    Q    Do you remember who specifically from the
7 finance department asked you to look at this?
8    A    No. No, I don't remember.
9    Q    And do you recall what you reported back to
10 the finance department upon reviewing it?
11   A    That this invoice wasn't correct. That we
12 desired a change in the invoice, and that I was working
13 with Dan VanVeelen and Mat Comstock also from Sagent
14 Technology to get this paperwork revised.
15   Q    I think we will talk a little bit later
16 about the specific revisions, but why don't you go
17 ahead and tell me now what was incorrect about this
18 particular invoice.
19   A    Specifically the mix of product that was on
20 this invoice. Specifically the WebLink and annual
21 support portions of this.

26

1 rest of the technology and hospitality companies into
2 downward trends. Certainly not as deep as most
3 companies were feeling it, but in the way of some of
4 the financial positions, cash available, and that sort
5 of thing, I don't know what the standing was at that
6 time.
7  Q  Was there any discussion about concessions
8 that Sagent might be able to make to make this
9 transaction more attractive to MICROS?
10  A  There would definitely be fairly deep
11 discounting involved off of their regular retail
12 pricing.
13  Q  Anything else along those lines?
14  A  That Sagent would assist us in selling had
15 been the understanding of the relationship going back
16 for a number of years. That we were 50-50 partners on
17 this project, and that they put in their equal time on
18 helping us to sell to various clients as well.
19  Q  You say that went back a number of years.
20 Was that specifically discussed at this June 6th
21 meeting?

27

1  A  Yes. Yes. The idea that Sagent would help
2 to sell the product was discussed.
3  Q  And tell me who was involved in that
4 conversation and who said what?
5  A  Primarily that would have been Dan
6 VanVeelen, as he was the main contact as far as the
7 product was concerned, and he would have the feel for
8 what leads they'd have. And he would have an opinion
9 as well that he did put into the conversation about
10 future client activity. The numbers that we might
11 expect to -- projects we might expect to go into as
12 well.
13  Q  Is it your contention that MICROS has paid
14 to Sagent any portion of the $136,000 reflected on both
15 the purchase order as well as the price quote provided
16 earlier to MICROS by Sagent?
17     MR. TOW: Objection as to form.
18  Q  Did you understand the question?
19  A  Yes. I understand, and I do not believe
20 that any portion of this amount has been paid.
21  Q  Let me hand you the next document which

28

1 we'll mark as Number 2, please.
2     (Callnin Deposition Exhibit Number 2 was
3 marked by the reporter.)
4     MR. PHILLIPS: For the record, Exhibit
5 Number 2 reflects MICROS Bates Numbers 5 through 10.
6  Q  If you would take a moment to look through
7 that, if you would, sir, MICROS Bates number 5 through
8 10.
9     Mr. Callnin, feel free to look at all of
10 that. I can tell that most of my questions will be on
11 page 9, but feel free to look at all of it.
12     MR. TOW: You should just look at all of it
13 to understand what you are looking at.
14  Q  Ready to proceed? As I said, let me ask
15 you turn to page 9, which I think you have already
16 done. Let me ask you to look at the bottom e-mail
17 there. It's a February 8th, 2001 e-mail from you to
18 Mr. VanVeelen. Do you see that one?
19  A  Yes.
20  Q  And I think -- correct me if I'm wrong --
21 this reflects what we were talking about a little bit

29

1 earlier with regard to deletion of the maintenance
2 support aspect of the initial invoice as well as the
3 reconfiguration of the mix of product. Is that your
4 understanding?
5  A  That's right.
6  Q  And if you look at the e-mail above that,
7 which is Mr. VanVeelen's reply to that of that same
8 date, it appears that Sagent is amenable to those
9 changes. Is that your understanding?
10  A  Yes.
11  Q  And those changes would in turn reduce the
12 amount of the invoice from the initial 136,000 down to
13 112,000. Is that your understanding?
14  A  That's right.
15  Q  Is it your contention that MICROS has paid
16 to Sagent any portion of that 112,000?
17  A  I do not believe any portion of that has
18 been paid.
19  Q  Let me ask you to take a look at -- it is
20 in that same document. If you'd turn to page 6. If
21 you look a little more than halfway down at the close

## 30

1 of that e-mail, you say, "Thanks, Dan. Scott Callnin,"
2 and then there is your phone number. Do you see that?
3    A   Yes.
4    Q   If you look to the very paragraph right
5 above that, "And I will honestly push very hard on this
6 end." Do you see that?
7    A   The one just above?
8    Q   Correct.
9    A   Yes.
10   Q   That indicates that as of the date of that
11 e-mail, which is reflected on the previous page, of
12 October 15th, 2001, you were still trying to get Sagent
13 paid for the $112,000 invoice. Is that your
14 understanding?
15   A   Was trying to get the invoices changed and
16 for the outstanding accounting issues to be cleared up.
17   Q   When you say the invoices changed, tell me
18 what you mean by that.
19   A   Although we had had verbal agreement
20 probably sometime not too long after the initial
21 meeting in June 6th, 2000 about making the changes to

## 31

1 the software mix, and then we didn't have a formal
2 writing of the objectives until February 8th, we did
3 not see -- even though there was on that same date
4 acceptance of the proposal, we did not see an invoice
5 for well over a year that reflected the types of
6 changes that we are talking about.
7    Q   So you were looking to get from Sagent an
8 invoice which reflected the agreement that you all had
9 reached in terms of reconfiguring the product mix and
10 deleting the maintenance and support aspect?
11   A   Correct.
12   Q   And as of February 8th, 2001, MICROS had
13 not received such an amended invoice?
14   A   We hadn't.
15   Q   But you mentioned sometime about a year or
16 more than a year later you ultimately did.
17   A   Yes, we did.
18   Q   And do you recall when that was?
19   A   I believe that was about November of 2001.
20 Would have been a few months after that, putting it in
21 the winter of 2002.

## 32

1    Q   A few minutes ago you said that in addition
2 to trying to get the invoices changed, you were trying
3 to get some accounting issues cleared up. I think that
4 was your phrase. What do you mean by that?
5    A   We had several different fronts that had
6 their own separate accounting paperwork generated, and
7 they had been mixed in with one another. Invoices
8 improperly being assigned to one project versus
9 another. Sagent had I think two or three pretty large
10 turnovers in their finance department, and so at least
11 three different times over the year between our
12 meetings with this and about the winter of 2002 I had
13 to go through -- go through every invoice that was ever
14 generated, every payment that was listed from our
15 finance department in regard to the invoices, match
16 them up, and explain to Sagent where some of their
17 holes were in their paperwork and accounting. And then
18 get back to our finance department about what should be
19 or shouldn't be issued in the way of payments towards
20 those invoices.
21   Q   When you said some of the holes in the

## 33

1 Sagent invoicing or paperwork, am I correct in
2 understanding that those reflected projects that had
3 nothing to do with this particular transaction?
4    A   That's correct. Although some of the
5 transactions or some of the invoices were mistakenly
6 assumed to be transactions from those other projects.
7 At one point, notably the $24,000 that was an original
8 line item on the original purchase order in question
9 here --
10   Q   Exhibit Number 1?
11   A   -- had been assumed -- yes. That's
12 right. -- had been assumed to be annual support for one
13 of our first clients. I indicate in this e-mail of
14 October 15th that it was an incorrect billing.
15   Q   As of October 15th, 2001, was there any
16 other issue, apart from your need for a revised
17 invoice, that reflected the reconfigured product mix
18 and the deletion of the maintenance and support
19 component? Anything other than that that precluded
20 MICROS from paying that $112,000 to Sagent? Were you
21 looking for anything else?

### 34

1  A  We were looking for some clients to use
2 those prepurchase licenses against. So, yes, during
3 that course of time we were e-mailing back and forth
4 about, you know, do we have any potential leads, what
5 is the outlook for the next new client. So there was,
6 yes, that -- if you call it an issue -- there was that
7 issue intermixed with this as well.
8  Q  Now, assuming as of February -- I'm
9 sorry -- October 15, 2001 -- assuming as of that date
10 Sagent had provided you with an amended invoice which
11 correctly reflected the new amount and the new product
12 configuration mix, would Sagent have paid that at that
13 time? All other things being equal. All other things
14 being the same as they were as of that date.
15      MR. TOW: Objection. You may have
16 misspoken in terms of Sagent paying.
17      MR. PHILLIPS: I did. I apologize.
18      MR. TOW: I think it was something of a
19 complex question.
20  Q  You mentioned that there were a couple of
21 things that were going on as of October 15th 2001, some

### 35

1 of which are reflected in your e-mail. One of them was
2 that Sagent had never provided you all with an amended
3 invoice, correct?
4  A  Correct.
5  Q  One of the other issues that was going on
6 was that jointly the two companies were looking for
7 customers to purchase these licenses, correct?
8  A  That's right.
9  Q  Now, let me ask you to assume as of October
10 15th, 2001 Sagent had provided MICROS with an amended
11 invoice which was correct? It correctly reflected the
12 terms, but the other -- that other issue, the new
13 customer issue, was the same as it was at that time,
14 namely you all were jointly looking for other
15 customers. Would MICROS have paid Sagent the $112,000?
16      MR. TOW: Objection. Calls for
17 speculation. You can answer as best you can.
18  A  I would at that point say that I was
19 satisfied saying that the invoicing was properly done,
20 and then I would have given my blessing or my thumbs up
21 that the product mix was correct. And then would have

### 36

1 turned it over to the appropriate persons to authorize
2 paying of the invoice.
3  Q  Who would that have been at the time?
4  A  Either Peter Rogers or Peter Rogers in
5 combination with our CFO to approve that.
6  Q  Is there any e-mail or other writing from
7 you to anybody at Sagent that indicated that one of the
8 reasons Sagent wasn't being paid was because of
9 Sagent's failure to cooperate with MICROS in the joint
10 effort to identify customers to purchase these
11 licenses?
12  A  Could you restate the beginning part of
13 that sentence.
14  Q  I'm asking you if you can identify for me
15 any e-mail or other writing that came from you that
16 went to anyone at Sagent that expressed the notion that
17 one of the reasons that Sagent wasn't being paid
18 $112,000 was because Sagent had failed to cooperate
19 with MICROS in the joint effort to identify customers
20 to purchase the license?
21  A  I'm not aware of anything that I have,

### 37

1 either with me or that I have seen, that listed any
2 specific reason why the invoice was not -- was not paid
3 after the issue of having the correct software listed
4 on the invoice was resolved.
5  Q  I mean even before that. You said that was
6 sometime in -- when did you say that was when you got
7 the -- finally got the new invoice?
8  A  Late 2000 or early 2002.
9  Q  Even before late 2001, did you find -- are
10 you aware of any correspondence that would indicate
11 that one of the reasons that Sagent wasn't being paid
12 was because of its failure to cooperate with MICROS to
13 identify customers to purchase the licenses?
14  A  I'm not aware of any documents or notes
15 that I may have on any such statement of that nature.
16  Q  Did you ever express that sentiment to
17 anyone at Sagent verbally, either in person or on the
18 telephone?
19  A  Yes. Certainly the idea that no leads had
20 come through was discussed verbally quite a bit. We
21 had -- we would express when we had a possible client

### 54

1  Q  Let me hand you what we are going to mark
2  as Exhibit Number 5 which bears MICROS Bates number 11
3  and 12.
4     MR. PHILLIPS: And I will point out,
5  Michael, that my copy was poor. We can confirm that
6  this is actually another 1 that is the following
7  number.
8     MR. TOW: That's fine.
9     (Callnin Deposition Exhibit Number 5 was
10 marked by the reporter.)
11 A  Okay.
12 Q  Mr. Callnin, this purports to be an e-mail
13 that Tiffany Nguyen -- N-G-U-Y-E-N -- that Sagent sent
14 to you on October 18, 2001 in which she attaches a
15 "revised invoice for the initial sales," and again, let
16 me ask you if you recall receiving this e-mail and the
17 attachment?
18 A  This one, yes. I recall receiving this.
19 Q  Both pages?
20 A  Yes.
21 Q  An did you read it when you received it?

### 55

1  A  Yes.
2  Q  Does the second page, which is page 12, is
3  that the corrected invoice that you were referring to
4  earlier that you said arrived sometime in late 2001?
5  A  Yes. There is the corrected invoice.
6  Q  Let me shift gears a little bit and ask you
7  about the answers to interrogatories that MICROS has
8  provided in this case. Did you have any role in
9  preparing those answers to interrogatories? Let me
10 first ask you whether you have ever seen them?
11 A  I've seen them within the last couple of
12 weeks.
13 Q  And that probably answers my next question.
14 Did you have any role in preparing them?
15 A  No.
16 Q  Were you asked to review them, once they
17 had been completed, for accuracy or completeness?
18 A  No.
19 Q  There is a reference in the answers to
20 interrogatories to an address at Beltsville, 12000
21 Baltimore Avenue. Can you tell me what is there?

### 56

1  A  That's the old headquarters of MICROS
2  Systems.
3  Q  And what is currently housed there?
4  A  Just the original office building, and I'm
5  not sure if we still have a receiving department there
6  or not. We may have completely vacated the area.
7  Q  What was there as of June 30th, 2000?
8  A  At that point, there was a receiving area
9  there.
10 Q  And is it your understanding that the
11 software and analytical calculator that Sagent shipped
12 to MICROS was actually delivered to that address as
13 opposed to this address?
14 A  That might be accurate. I'm not certain,
15 but that would be about right.
16 Q  Let me ask you. I think it might be
17 reflected on Exhibit Number 1. Does that refresh your
18 recollection in responding to that previous question?
19 A  Yes. It appears that they have that as
20 their ship to address. So it was likely the location
21 where their software arrived.

### 57

1  Q  And it's not your contention, is it,
2  Mr. Callnin, that Sagent failed to deliver either
3  that -- the software or analytical calculator that is
4  reflected and contemplated in Exhibit Number 1, is it?
5  A  No.
6  Q  Do you have an understanding of who would
7  have re -- who physically would have received the
8  software from Sagent at the Beltsville address as of
9  the June, July 2000 time frame?
10 A  I don't know.
11 Q  You mentioned a receiving department
12 earlier; is that correct?
13 A  Uh-huh.
14 Q  That was there at the time?
15 A  Yes.
16 Q  How many people worked in that department?
17 A  I don't know.
18 Q  Do you know who the head of it was back in
19 the June, July 2000 time frame?
20 A  No.
21 Q  Do you know the names of any of the people

58

1  who worked in the receiving department during that time
2  frame?
3    A    No.
4    Q    Did you ever personally see the software
5  that Sagent delivered to MICROS?
6    A    Yes.
7    Q    When did you see it?
8    A    I can't recall even very closely when it
9  did arrive. It was, as best I can recall, sometime in
10  the fall of 2000.
11    Q    And at that time was your office in
12  Beltsville?
13    A    I believe we moved -- two years ago, no.
14  Three years ago. Yes, I believe. No. I believe we
15  were here in this location. Fall of 2000 we were here
16  at this location.
17    Q    Were you physically here when you saw the
18  software for the first time?
19    A    Yes.
20    Q    Can you describe for me what it looked
21  like? Was it open? Was it in packaging?

59

1    A    It was delivered actually to me in my
2  office. I opened the mailing box, and the software
3  manuals and disks were shrink wrapped, and I put that
4  on my shelf in my office.
5    Q    So it was initially delivered to MICROS,
6  Beltsville, correct?
7    A    That's right.
8    Q    And then there is some sort of internal
9  delivery procedure within the company whereby it made
10  its way from Beltsville to Columbia?
11    A    Correct.
12    Q    You mentioned multiple disks. How many
13  were there?
14    A    I don't recall. It may have been one
15  because I knew it's their practice to put all the
16  various software on one disk and just provide a
17  different key for what they wanted to unlock on the
18  disk. Though there may have been documentation disks
19  or tutorial discs as well, or perhaps portions of what
20  was delivered might have been on a second disk. I
21  can't remember. It might have been one. It might have

60

1  been multiple.
2    Q    I think you said that the disk, or disks
3  were shrink wrapped at that time, right?
4    A    Yes.
5    Q    And you took them out of not the shrink
6  wrap, but the mailing package?
7    A    Correct.
8    Q    And put them on a shelf in your office?
9    A    That's right.
10    Q    Did you or anyone else at your direction
11  make copies of either the disk or disks that were
12  contained therein?
13    A    No. They were never removed from the
14  shrink wrap.
15    Q    How long did they stay on the shelf in your
16  office?
17    A    Probably about fourteen months. Again, I
18  don't have a good recollection of exactly when I
19  received them or when I turned them over.
20    Q    And to whom did you turn them over
21  ultimately?

61

1    A    To Michael Tow.
2    Q    And that was approximately fourteen months
3  after they arrived in your office in the fall -- did
4  you say the fall of 2000? Yeah.
5    A    That would be about right.
6    Q    Did you turn all of that material over to
7  Mr. Tow at one time?
8    A    Yes. That's right.
9    Q    Did he return to you some months later and
10  retrieve from you additional materials provided by
11  Sagent?
12    A    I don't recall if he did.
13    Q    Do you have an understanding of what
14  Mr. Tow did with the materials he retrieved from you?
15    A    I believe he returned them to Sagent.
16    Q    Do you have an understanding as to why?
17    A    I believe that was to show them -- to
18  return it in the form it came. Was to show them that
19  we hadn't ever used the software.
20    Q    But I mean why was it returned at all?
21    A    At the time that it was asked from me and I