| | |
|---|---|
| From: | SCallnin@MICROS.COM |
| Sent: | Friday, March 30, 2001 11:34 AM |
| To: | Dan Van Veelen |
| Subject: | RE: Proposal for Peter Rogers' Software Purchase |

Hi, Dan.

Okay on the Analytical Calculator. We'll leave that in the invoice, making it 2 Data Loads and 1 AC for $112,000.

Regarding the reissuing of the software, the original invoice called for 1 Data Load, 1 Data Access/WebLink, and 1 AC (and then Support & SEL). But that was intended at the time for an ASP version of InSight. That initiative has been postponed, so we would prefer to have 2 Data Loads available for the next 2 standard, full-install projects.

The AC license may or may not be useful in the next couple of projects... it would depend on the complexity of the solution required. Our straightforward InSight core (read, not like AmeriKing) would not call for the Analytical Calculator. If possible, please entertain the idea of making the balance of the invoice after the 2 Data Load packages [$112,000 - (2 x $53,000)] a license for the Forecasting transform. I'd like to get that piece loaded onto our development server so we can try making some add-on modules for InSight. I think a mechanism built into InSight for Sales and Labor forecasting could really set InSight apart from any other products out there, and make InSight even more attractive as we begin now to get our Micros Sales force proactive about selling Data Warehousing.

Scott

> -----Original Message-----
> From: Dan Van Veelen [mailto:dvanveelen@sagent.com]
> Sent: Friday, March 23, 2001 4:06 PM
> To: 'SCallnin@MICROS.COM'
> Subject: RE: Proposal for Peter Rogers' Software Purchase
>
> Scott,
>
> The analytical calculator will remain a listed (extra) item. The
> information Matt & Sanjay passed on was incorrect. Can you refresh my
> memory on the invoices- why do we need to reissue the software? I thought
> the issue at hand was the maintenance dollars...
>
> Also, can you give me a date as to when the outstanding balances we spoke
> about will be paid? If they have been paid already please disregard.
>
> Lastly, any news on the deals we spoke about?
>
> Have a great weekend,
>
> Dan
>
>     -----Original Message-----
>   From:   SCallnin@MICROS.COM [mailto:SCallnin@MICROS.COM]
>   Sent:   Friday, March 16, 2001 9:38 AM
>   To: dvanveelen@sagent.com
>   Subject:    RE: Proposal for Peter Rogers' Software Purchase
>
>   Dan,
>
>   I hadn't seen a reissued invoice based on $112,000 for two licenses
> of Data Load and 1 Analytical Calculator. One question though... we heard
> version 4.5 is due out soon. From previous talks with Matt and/or Sanjay,
> I believe Sagent was going to have Analytical Calculator come as part of
> the Data Load package & not priced separately? Is that going to be the
> case when v 4.5 comes out? If so, let's talk about making your new

1


EXHIBIT
F

S00019

> Forecaster transform the balance of Peter's commitment from last summer.
>
> I think the Forecaster might end up being our next most resellable
> product after the Data Load package. We saw the Web demo of Forecaster a
> couple months ago, and can easily see how it fits into InSight...
> predicting seasonally, labor scheduling, menu mix, inventory, etc. While
> working recently on our sales approach, we decided to spend some R&D time
> extending the data warehousing foundation, which is really all we have in
> InSight at this point, by developing the kinds of strategic reports and
> analysis capabilities that will allow restaurant chains to hit big ROI
> homeruns with InSight. Forecaster will play nicely into that initiative.
>
> Talk to you later, Dan.
>
> Scott
>
> -----Original Message-----
> From:   Dan Van Veelen [mailto:dvanveelen@sagent.com]
> Sent:   Thursday, February 08, 2001 11:04 AM
> To: 'SCallnin@MICROS.COM'
> Subject:    RE: Proposal for Peter Rogers' Software
> Purchase
>
> Scott,
>
> No problem with reissuing the software licenses to reflect
> two Data Load Servers and one Analytical Calculator. The maintenance will
> begin with the next sale. I will draft a letter approving this
> reallocation of the licenses and send you a copy no later than tomorrow's
> close of business.
>
> Dan
>
> -----Original Message-----
> From:   SCallnin@MICROS.COM
> [mailto:SCallnin@MICROS.COM]
> Sent:   Thursday, February 08, 2001 10:47 AM
> To: DVanVeelen@sagent.com
> Subject:    Proposal for Peter Rogers' Software
> Purchase
>
> Dan,
>
> To recap what we were talking about yesterday, one
> of our outstanding invoices is for the software bundle Peter Rogers bought
> from you last summer for $136,000. His intention at the time was 2-fold:
> to get the ASP rolling, as well as to help Sagent (as best we could at the
> time) make its quarterly target. With Micros' customer base being a bit
> tight-pocketed the past few quarters, staffing the development and
> maintenance of the ASP model has been put on hold. My team is going to
> concentrate on the full-install model that we already have. Actually, we
> have some very good leads about to bear fruit.
>
> You and Peter had agreed to allow the software he
> purchased to be an asset on our shelf for some of the next full-install
> projects. I'd like to rearrange licenses, so that they are more apt to be
> useful to us in our next full-installs. One big problem with the original
> agreement is that $24,000 of it was for annual support.
>
> I had to push hard to get the AmeriKing consulting
> invoices for $178,000 through our CFO. There are already grumbling about
> our relationship with Sagent and "why are we sending them so much
> money"... I've been assuring them that any expenses going out to Sagent
> have been more than covered by revenues from InSight's customers. For the
> AmeriKing job, that has been somewhat acceptable... they had been less
> aware of the revenues from AmeriKing, and more sensitive to the expenses.
> On the other hand, they were less than excited about the mix of revenue
> sharing, as you can understand from the Excel sheet I sent you. But the
> old invoices are for revenues realized a LONG time ago, and the expenses
> against them are coming at the absolute worst time.
>

```
>             I'd like to take the $24,000 for support off the
> Rogers' purchase.  For the remaining $112,000, I'd like to call them 2
> Data Loads (v 4.2) + 1 Analytical Calc  (2 x $75,000 + $10,000 = $160,000
> - 30% = $112,000).  Once we resell the Data Loads, the $24,000 in support
> will come to pass anyway.
>
>             Let me know if that is acceptable, and what we would
> need to do to have the paperwork reflect the new arrangement.  Also, if
> the invoice could be reissued to reflect 2 Loads, an AC & no annual
> support, I'll see to it that it gets paid ASAP.
>
>             Thanks, Dan.
```

3

S00021