REDACTED

-----Original Message-----
From: Tiffany Nguyen [mailto:tnguyen@sagent.com]
Sent: Thursday, October 18, 2001 7:34 PM
To: 'SCallnin@MICROS.COM'
Subject: Outstanding Invoice

>
>
>
>   <<MicrosSystems.doc>>
> Scott,
>
> Attached is a revised invoice for the intial sales. Thank you for your
> help.
>
> Many Thanks,
>
>
> Tiffany Nguyen
> Maintenance Specialist
> Sagent Technology Inc.
> 800 West El Camino Real, Suite 300
> Mountain View, CA 94040
> Tel: 650-815- 3220
> Fax: 650-815-3428
> Email: tnguyen@sagent.com
>
>

1



DEPOSITION
DV EXHIBIT 5
CALLNIN
1-22-03



EXHIBIT
G

00001



```
                                              INVOICE STDINV2874
                                              Date 6/30/00
Page: 1
                                        Purchase Order No. PO#6.30.00
                                        Payment Terms Net 30

Bill To:                                Ship To:
Scott Callnin                           Scott Callnin
Micros Systems, Inc.                    Micros Systems, Inc.
12000 Baltimore Avenue                  7031 Columbia Gateway Drive

Beltsville MD    20705-1291             Columbia MD     21046-2289

Subject: Insight App.
Period Covered: 7/1/00 to 6/30/01


Ordered    Item Number       Description                    Ext. Price
1          00DMARTSUS1401    Sagent Solution Package        $105,000.00
                             (Access & 2Load & WebLink)
1          00STCALCUS0401    Statistics Calculator 4.1        $7,000.00


                                        Subtotal  $112,000.00
                                        Misc            $0.00
                                        Tax             $0.00
                                        Freight         $0.00
                                        Trade Discount  $0.00
                                        Total     $112,000.00
```

Please send payment by check to our Mountain View address
as shown under our logo or send payment by wire to:

Comerica Bank - California
Routing/ABA# 12113722
Account # 1891422170
Bank Address: 800 Oak Grove Avenue, Menlo Park, CA 94025
Bank Phone # 650-462-6056

Please call me if you have any questions concerning
your account. Thanks.

Michelle Liu
Email: mliu@sagent.com
Tel: 960-815-3161  Fax: 650-815-3428

Sagent Technology Inc.
800 West El Camino Real, Suite 300
Mountain View, CA 94040

000012