IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **SAGENT TECHNOLOGY, INC.** | * | |
| Plaintiff | * | |
| v. | * | Case No. JFM-02-2505 |
| **MICROS SYSTEMS, INC.** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2003, a copy of Defendant's Opposition To Plaintiff's Motion To Dismiss Or For Summary Judgment, which was electronically filed in this case on April 11, 2003, was mailed via first class mail, postage prepaid, to: Adron W. Beene, Esq., Law Offices of Adron W. Beene, 6472 Camden Ave, Ste 204, San Jose, CA 95120.

*Michael H. Tow*
Michael H. Tow, Bar No. 12042
MICROS Systems, Inc.
7031 Columbia Gateway Drive
Columbia, MD 21046-2289
(443) 285-8052 (tel)
(443) 285-0466 (fax)

Counsel for MICROS Systems, Inc.