# SAGENT VS. MICROS

# DEPOSITION OF DAN VAN VEELEN

PREPARED BY

ART MILLER AND ASSOCIATES
111 S. CALVERT STREET
SUITE 2700
BALTIMORE, MD 21202
Phone: 410-367-3838
FAX: 410-367-3883



EXHIBIT A

Page 53

1  agreement.
2  Q  Was there any discussion at the June 6th, 2000
3  meeting in respect of providing licenses, Sagent
4  licenses to Micros for purpose of relicensing directly
5  to end users?
6  A  Not that I recall.
7  Q  Was there any discussion in respect of
8  providing Sagent licenses to Micros for use at USI, with
9  what would happen to those licenses if the USI project
10  did not achieve Micros' sales goals for it?
11  A  Not that I recall.
12  Q  Was there any discussion at the June 6th, 2000
13  meeting about Shoney's as a potential customer?
14  A  Not that I recall.
15  Q  Was there any discussion at the June 6th, 2000
16  meeting with respect to Sagent providing assistance to
17  Micros in providing the Sagent licenses to end user
18  customers instead of USI?
19  A  Would you repeat the question?
20  Q  You've indicated that the discussions related
21  to Sagent providing licenses to Micros for use at USI.

Page 54

1  Was there any discussion at the June 6th, 2000 meeting
2  about repositioning those licenses to be used for end
3  users?
4  A  Not that I recall.
5  Q  Was there any discussion at the June 6th, 2000
6  meeting about Sagent offering a refund or credit to
7  Micros if the project did not draw the customers that
8  Micros thought it would?
9  A  No.
10  Q  Was there any discussion of Sagent providing a
11  refund or credit to Micros in any -- for anything in
12  respect -- in respect of any licenses being discussed at
13  the June 6th, 2000 meeting?
14  A  No.
15  Q  I will tell you that both Mr. Rogers and
16  Mr. Callnin have stated under oath, as you are under
17  oath today to tell the truth the whole truth and nothing
18  but the truth, that there were discussions at the
19  June 6th, 2000 meeting about repositioning of licenses,
20  about assistance with resale of the licenses to
21  customers, and about other related terms which may have

Page 55

1  included discussions of a refund or assistance with
2  resale. I will represent to you that that's what they
3  have said. Clearly that doesn't jive with -- if that is
4  what they said, that doesn't jive with what you have
5  just said. Would that be a fair assessment?
6  A  Yes.
7  Q  One or both, somebody is wrong; is that
8  correct?
9  A  It would appear so.
10  Q  And you're confident at this point it's not
11  you?
12  MR. PHILLIPS:  That has been asked and answered
13  four different times now, slightly different albeit, but
14  it is the same question. I'm going to object. You can
15  answer it for the fourth or fifth time. Go ahead.
16  A  What was the question?
17  Q  We will move on.
18  (Whereupon Deposition Exhibit No. 6 was
19  marked.)
20  Q  This is a document Bates numbered S-35. It
21  appears to be a Sagent sales order form No. 1876. I

Page 56

1  would direct you to a date -- I'm not sure where it is
2  located on the document --
3  A  Would you like me to show you?
4  Q  Please.
5  A  (Indicating.)
6  Q  March 30, that suggests March 30, 2000?
7  A  Correct.
8  Q  Does that sales order document have any
9  connection to the licenses for use at USI?
10  A  No.
11  Q  Does this document have any connection to the
12  matters relating to the June 30 transaction?
13  A  No.
14  Q  Who -- what is this kind of form used for at
15  Sagent?
16  A  This is a sales order form. This is what I
17  would submit to sales operations so that they would have
18  the contact information not only for billing but for
19  shipping of software. That's described in the mid
20  section of the document. It includes both quantity,
21  price, discount.

14 (Pages 53 to 56)