1

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
 2
   SAGENT TECHNOLOGY, INC     *    CIVIL ACTION JFM-02-2505
 3           Plaintiff
                              *
 4      vs.                        Baltimore, Maryland
                              *
 5 MICROS SYSTEMS, INC.
             Defendant        *    January 22, 2003
 6       *      *      *      *      *

 7            Deposition of PETER ROGERS, JR., a witness

 8 of lawful age, taken on behalf of the Plaintiff in the

 9 above-entitled cause, pending in the District Court of

10 the United States for the District of Maryland, before

11 Dawn L. Venker, a Notary Public in and for Baltimore

12 County, Maryland, at 7031 Columbia Gateway Drive,

13 Columbia, Maryland 21046, on the 22 day of January,

14 2003.

15            *      *      *      *      *

16 APPEARANCES:

17         SCOTT H. PHILLIPS, Esquire
              For the Plaintiff
18
           MICHAEL H. TOW, Esquire
19            For the Defendant

20

21 Reported By:  Dawn L. Venker
```

GORE BROTHERS Reporting & Video Co., Inc.          Towson
410-837-3027

EXHIBIT A

18

1   Q   When you say "specific numbers," do I
2 understand that to be the number of licenses and the
3 exact discount that Sagent was offering you, those
4 sorts of things?
5   A   Yes.
6   Q   Did you consider the representation that
7 Sagent had made regarding return of the product for a
8 full refund an important statement made by the company
9 at that time?
10   A   Yes.
11   Q   Let me hand you, Mr. Rogers, what we'll
12 mark as Exhibit Number 1.
13       (Rogers Deposition Exhibit Number 1 was
14 marked by the reporter.)
15   Q   I'll ask you if you can identify that, sir?
16   A   This is a memo that I generated to Dan
17 VanVeelen providing a purchase order for MICROS to
18 Sagent to acquire the data access package and
19 analytical calculator.
20   Q   That is your signature at the bottom of the
21 first page there?

19

1   A   Yes.
2       MR. PHILLIPS: For the record, Exhibit 1 is
3 comprised of a two-page document bearing Sagent Bates
4 numbers 32 and 33.
5   Q   What was your understanding as of June
6 30th, 2000 as to who Mr. VanVeelen was?
7   A   Mr. VanVeelen was the regional manager who
8 was the direct sales contact and technical contact to
9 MICROS from Sagent.
10   Q   Did you actually type this letter on your
11 computer?
12   A   Yes.
13   Q   And you read it before you signed it
14 obviously?
15   A   Yes.
16   Q   And on page 2 of this document, which is
17 S33, can you identify that for me?
18   A   This is the quote provided from Sagent to
19 myself that I was to attach to the letter authorizing
20 the acquisition of the product.
21   Q   Now, I think that the -- I'll admit that

20

1 the print on this is somewhat fuzzy because it has been
2 copied a number of times, but it looks like the date on
3 this price quote is June 20th, 2000. Do you see that
4 in upper right?
5   A   6-20.
6   Q   Does that sound about right in terms of
7 when you received this price quote from Sagent?
8   A   I don't remember, but quite conceivably.
9   Q   Let me ask you to look down in the box
10 there. There is an item for technical support and
11 upgrades. Do you see that?
12   A   Yes.
13   Q   And to the right of that there's a printed
14 number that has been stricken through, and then it
15 looks like someone wrote 24,000 in place of that. Do
16 you see that?
17   A   Yes.
18   Q   Do you know who did that?
19   A   No.
20   Q   Do you know why that would have been done?
21   A   I think the far right -- I believe that the

21

1 license fee number was different than the total. This
2 was a matter of matching up.
3   Q   And is that your signature at the bottom of
4 this page?
5   A   Yes.
6   Q   How about the handwriting above and below
7 it which reads, "Approved June 30, 2000. VP business
8 development."
9   A   That is my handwriting.
10   Q   Now, does the purchase order that you
11 issued on June 30th, 2000 reflect the same product mix
12 and price that is seen in the quote received from
13 Sagent?
14   A   Yes. As far as my knowledge. My cover
15 letter designated the software number and the technical
16 support number.
17   Q   Is it your contention that MICROS has paid
18 to Sagent any portion of the $136,000 reflected on both
19 the quote and your purchase order?
20   A   I have no contention. I'm not aware of us
21 paying them.

## 42

1 believe that is escalating.
2  Q  That's a component of damages that you are
3 alleging in this case?
4  A  I'm not sure how to answer that.
5  Q  Have you been asked to provide any
6 information with regard to the damages that are alleged
7 and are prayed for in the counter-claim?
8  A  No.
9  Q  I think that's all I have for you on that
10 one. Thank you.
11      MR. TOW: Should we mark that now and copy
12 it later?
13      MR. PHILLIPS: Well, at the end of the
14 deposition as Exhibit Number 3 the answers to
15 interrogatories which Mr. Rogers has been asked about
16 and has spoken to this morning -- this afternoon.
17      (Rogers Deposition Exhibit Number 3 was
18 marked by the reporter.)
19  Q  You heard Mr. Callnin speak this morning
20 about the 12000 Baltimore Avenue address in Beltsville,
21 correct?

## 43

1  A  Yes.
2  Q  And he also testified I believe that at
3 least as of the fall 2000 time frame the receiving
4 department was at that address?
5  A  Yes.
6  Q  Do you know who worked in the receiving
7 department in Beltsville as of that time?
8  A  Specifically, no. I may know of some
9 people that were in shipping or receiving. Sort of a
10 general term.
11  Q  Do you know who received the Sagent
12 software that was received at that address in the fall
13 2000 time frame?
14  A  No.
15  Q  Do you know -- would you agree with Mr.
16 Callnin that the Sagent software was, in fact, received
17 at the Beltsville location in fall 2000 time frame?
18  A  I'll say it was received at the Beltsville
19 location. I don't know the exact date.
20  Q  You don't -- you are not contending that
21 the Sagent was never shipped to MICROS by Sagent?

## 44

1  A  I'm not contending that at all.
2  Q  That would have included the analytical
3 calculator? Are you contending that Sagent never
4 shipped that?
5  A  I'm not contending that they didn't. I
6 just know that I placed an order for software.
7  Q  Did you receive confirmation from anyone at
8 MICROS that the totality of that order had, in fact,
9 been received from Sagent at some point?
10  A  I received indication that a package was
11 delivered. Specific contents -- I actually physically
12 received the package from the people in Beltsville. So
13 I physically received a box, and I, in turn, then
14 turned it over to Mr. Callnin. I did not open it. I
15 do not know the date of receipt.
16  Q  You heard Mr. Callnin talk this morning
17 about what he in turn did with that box, namely put it
18 on the shelf, right?
19  A  Yes.
20  Q  Is that -- is your understanding consistent
21 with that testimony?

## 45

1  A  I have no reason to dispute that.
2  Q  Do you know if MICROS made any copies of
3 software at any time?
4  A  I do not know. We have a corporate policy
5 against copying software illegally.
6  Q  Is it your understanding that at some point
7 the software was returned to Sagent?
8  A  Yes.
9  Q  Do you know when?
10  A  Approximately December 2001.
11  Q  Do you have an understanding as to whether
12 the return of the software to Sagent occurred in one
13 mailing or two mailings or more?
14  A  I don't know.
15  Q  You heard Mr. Callnin talk this morning
16 about how the software was treated for tax purposes
17 while it was physically here at MICROS. Do you recall
18 that testimony?
19  A  I do not.
20  Q  You don't recall that testimony?
21  A  No, I do not.