**micros**

MICROS Systems, Inc.
7031 Columbia Gateway Drive
Columbia, MD 21046-2289
443.285.8000 Telephone
www.micros.com

June 30, 2000

Dan VanVeelen
Regional Manager
Sagent Technology
3601 Eisenhower Avenue
Suite 130
Alexandria, Va 22304

Dear Dan:

This letter serves as a purchase order by MICROS Systems, Inc, PO#6.30.00, for the software and services specified in the attached quote. This order provides for MICROS's purchase of the specified Sagent products to be used by USi Internetworking with MICROS's Insight Product Warehousing Product.

Terms: net 30
Price: Software         $112,000.00  Data Access Package & Analytical Calculator)
       Technical Support   24,000.00
       Total Price      $136,000.00

Bill To and Ship To Address:
MICROS Systems, Inc.
12000 Baltimore Avenue
Beltsville, MD 20705-1291

Please call me if you have any questions.

Sincerely,

Peter J. Rogers, Jr.
Vice President, Business Development & Investor Relations
MICROS Systems, Inc.



EXHIBIT C

S00032

P.02



# Micros

Exhibit A

Company Name: Micros
Attention: Peter Rogers
Address: 7031 Columbia Gateway Dr.
Columbia, MD 21046

FAX number: 443-286-8058
Telephone number: 443-285-0466

Sagent Office: Alexandria, VA
Sagent Rep: Dan VanVesten
Sagent Tel: 703-317-3252
Sagent Fax: 703-317-2851
Date: 6/30/00

| Sagent Product & Description | Product Includes | License Fee | Qty | Total |
|---|---|---|---|---|
| Sagent Data Mart Solution | Sagent Data Access Package Included 1 Data Access Server (2 cpu) 1 Design Studio with Reports & Analysts, Admin, and Automation. | $150,000 | 1 | $150,000 |
| | Analytical Calculator | $10,000 | 1 | $10,000 |
| | Software Subtotal | | | $112,000 |
| | Software Total | | | $112,000 |
| Annual Maintenance & Support* | Technical Support & Upgrades | $24,000 ~~$40,250~~ | 1 | $24,000 |
| | | | | $136,000 |
| | TOTAL INVESTMENT** | | | $136,000 |

*Annual Maintenance & Support terms and conditions, see attached Support Agreement. Maintenance and Support includes phone and online support, enhancements and upgrades.

**Additional Terms & Conditions:
1) Applicable tax, handling and shipping are additional
2) Payment terms Net 30.

Approved.
[signature]
6/30/00
VP. Business Development

S00033