UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 27, 2003

Memo To Counsel Re: Sagent Technology v. Micros Systems, Inc.
Civil No. JFM-02-2505

Dear Counsel:

A hearing on pending motions will be held at 4:15 p.m. on June 30, 2003 in courtroom 5A.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge

P.S.  I note that defendant contends that the U.C.C. does not apply.  If defendant contends that Maryland common law is materially different from Maryland U.C.C. law on the parol evidence question, I ask defendant to submit a supplemental memorandum setting forth the authorities for its position on or before June 13, 2003.  If defendants submit such a memorandum and plaintiff wants to file a response, I ask plaintiff to do so on or before June 23, 2003.