IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SAGENT TECHNOLOGY, INC.    *
                           *
v.                         *    Civil No. JFM-02-2505
                           *
MICROS SYSTEMS, INC.       *
                        *****

ORDER

For the reasons stated in the accompanying memorandum, it is, this  5th  day of August 2003,

ORDERED that

1. Sagent's motion in limine (Docket # 29) is granted;

2. Sagent's motion for summary judgment (Docket # 30) on Count I (Breach of Contract) of its complaint is granted;

3. MSI's motion for summary judgment (Docket # 36) on Sagent's claims is granted for Count II (Common Counts) and denied for Count I (Breach of Contract);

4. Sagent's motion to dismiss or, in the alternative, for summary judgment (Docket #28) on MSI's counterclaims is granted;

5. Judgment is entered in favor of Sagent in the amount of $123,468.80; and

6. This case is closed.

/s/
J. Frederick Motz
United States District Judge